Case 2:06-cr-00306-KJD-RJJ   Document 17   Filed 02/10/15   Page 1 of 1

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 2:05-CR-211-KJD-GWF & 2:06-CR-306-KJD-GWF |
| JASON DONOVAN SPARKS ) | USM No: 40297-048 |
| ) | |
| Date of Original Judgment: 03/26/2007 ) | |
| Date of Previous Amended Judgment: ) | Nisha Brooks-Whittington |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of [x] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED.   [x] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  Two concurrent terms of 151  months **is reduced to**  Two concurrent terms of 121 months .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: February 5, 2015

*Judge's signature*

Effective Date: _____
*(if different from order date)*

KENT J. DAWSON, UNITED STATES DISTRICT JUDGE
*Printed name and title*